Date: 02/25/10                                                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-30322 - PAULSON, JEFFREY ALLAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>1000 | 000008 | 330.97 | 1.22 |
| ---------- Remittance Total ---------- | | 330.97 | 1.22 |

*(signature)*
CHARLES W. RIES, Trustee

Rec# 1837

RECEIVED 10 MAR -1 PM 12:04 U.S. BANKRUPTCY COURT ST PAUL MN